No. 89–7588. KAMEKONA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–582. BENTON, BENTON & BENTON v. LOUISIANA PUBLIC FACILITIES AUTHORITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–726. MITCHELL'S FORMAL WEAR, INC. v. KENTUCKY OAKS MALL CO. Sup. Ct. Ohio. Certiorari denied.

No. 90–829. CITY OF FAITH MEDICAL AND RESEARCH CENTER v. CREECH. C. A. 6th Cir. Certiorari denied.

No. 90–871. CONNECTICUT ET AL. v. MASHANTUCKET PEQUOT TRIBE. C. A. 2d Cir. Certiorari denied.

No. 90–1011. NEVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–1055. BORUFF v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1086. CALIFORNIA ASSOCIATION OF THE PHYSICALLY HANDICAPPED, INC. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 90–1174. STOSSIER v. STOSSIER. Ct. App. Va. Certiorari denied.

No. 90–1213. MCMAHON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. v. GRIMESY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1215. HEINEMEYER v. O'DONNELL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–1218. BAILEY ET AL. v. MARTIN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 90–1229. ENVIRONMENTAL WASTE CONTROL, INC., DBA FOUR COUNTY LANDFILL, ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 7th Cir. Certiorari denied.